**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Edward Stewart

   vs.

David Feldman, *et al.*

|  |
|---|

Civil Action
No. 20-776

### CERTIFICATION OF SERVICE

I hereby certify that Plaintiff's Response to Defendants' Motion to Dismiss Count V of Plaintiff's Amended Complaint was served on the following through this Court's CM/ECF system:

Simon Rosen, Esq.
Law Office of Simon Rosen, PLLC
325 Chestnut Street, Suite 800
Philadelphia, PA 19106

*Counsel for Defendants*

Respectfully submitted,

_____*/s/ Daniel J. Auerbach*_____
Donald Benedetto (PA I.D. No. 309199)
Daniel J. Auerbach (PA I.D. No. 316856)
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486
don@gamburglaw.com
dan@gamburglaw.com

Dated: June 23, 2020