IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Edward Stewart<br><br>　　　　　*Plaintiff,*<br><br>vs.<br><br>David Feldman, *et al.*<br><br>　　　　　*Defendants.* | Civil Action<br>No. 20-776 |

**ORDER**

AND NOW, this _____ day of _____, 2020, it is hereby ordered that Defendants' Motion to Dismiss Count V of Plaintiff's Amended Complaint is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gallagher, J.