## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| EDWARD STEWART, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:20-cv-00776-JMG |
| | : | |
| DAVID FELDMAN, *et al.*, | : | |
| Defendants. | : | |

_____

### ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER

**AND NOW**, this 5th day of August, 2020, upon consideration of the Defendants' Motion for Protective Order (Doc. 28), and Plaintiff's Response in Opposition (Doc. 29), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Protective Order is DENIED; and

2. Defendants shall respond fully to Plaintiff's outstanding discovery requests within fourteen (14) days of this Order being entered; and

3. Plaintiff and Defendant shall submit a stipulated confidentiality agreement to the Court on or before August 7, 2020.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge