# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| EDWARD STEWART, | : |
|     Plaintiff, | : |
| | : |
| v. | :  Civil No. 2:20-cv-00776-JMG |
| | : |
| DAVID FELDMAN, *et al.*, | : |
|     Defendants. | : |

_____

## ORDER

**AND NOW**, this 30th day of October, 2020, upon consideration of Defendants' Motion for Extension of Time (ECF No. 65), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** in part. Defendants shall produce all documents in full compliance with the Court's Order of October 22, 2020 (ECF No. 63) by Friday, October 30, 2020. No further extensions will be granted.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge