IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Edward Stewart

    vs.

David Feldman, *et al.*

Civil Action
No. 20-776

### DECLARATION OF DANIEL J. AUERBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS

1. My name is Daniel Johnson Auerbach. I represent Plaintiff Edward Stewart.

2. The fee agreement between Plaintiff and Gamburg & Benedetto, LLC provides that Mr. Stewart will pay the firm hourly. The agreement provides that my billing rate is $250.00 per hour.

3. I billed a total of 43.3 hours in seeking discovery after Defendants failed to comply with the applicable discovery deadline for production of documents. 43.3 hours of my time amounts to $11,075.00 under the terms of the fee agreement. My time was incurred as follows:

| Costs relating to non-compliance with October 22 Order (sanctions not previous sought) | | | |
|---|---|---|---|
| 11/6/2020 | Finished drafting motion to compel and for sanctions. | 1.8 | $450.00 |
| 11/6/2020 | Phone call with Simon Rosen | 0.7 | $175.00 |
| 11/5/2020 | Review of discovery production from Feldman; email to Rosen re outstanding discovery issues. | 1.1 | $275.00 |
| 11/2/2020 | Discussion with Don Benedetto, Esq. re plan for seeking sanctions. | 0.1 | $25.00 |
| 11/2/2020 | Reviewed production; correspondence with Simon Rosen; phone call with Simon Rosen | 1.0 | $250.00 |
| 11/2/2020 | Drafting of motion to compel and for sanctions, including research and review of prior filings. | 2.4 | $600.00 |
| 10/29/2020 | Reviewed production | 1.2 | $300.00 |
| 10/28/2020 | Reviewed production. | 0.2 | $50.00 |
| | | **SUBTOTAL: $2,475** | |

| | Costs relating to non-compliance with September 10 Order (sanctions previously denied) | | |
|---|---|---|---|
| 10/22/2020 | Prepared for and attended 10/22 discovery conference. | 0.7 | $175.00 |
| 10/6/2020 | Reviewed Defendants sur-reply re motion for sanctions. | 0.2 | $50.00 |
| 9/29/2020 | Correspondence with opposing counsel re document production. | 0.1 | $25.00 |
| 9/28/2020 | Finished drafting reply brief and supporting documents including necessary research; drafted motion for leave to file reply brief; drafted letter requesting discovery conference. | 3.0 | $750.00 |
| 9/27/2020 | Correspondence with opposing counsel re motion for sanctions (includes time for 9/26 & 9/27). | 0.2 | $50.00 |
| 9/27/2020 | Finished drafting reply brief and supporting documents including necessary research; drafted motion for leave to file reply brief; drafted letter requesting discovery conference. | 2.5 | $625.00 |
| 9/25/2020 | Reviewed Defendants' response to motions for sanctions; drafting of reply brief and necessary research. | 3.5 | $875.00 |
| 9/23/2020 | Reviewed discovery responses and formulated discovery motions plan with Don Benedetto. | 0.5 | $125.00 |
| 9/22/2020 | Reviewed discovery responses from Defendants; phone call with Simon Rosen re discovery responses. | 1.0 | $250.00 |
| 9/21/2020 | Reviewed production by Defendants. | 0.5 | $125.00 |
| | | **SUBTOTAL: $3,050** | |

| | Costs for non-compliance with August 27 Order (sanctions previously denied) | | |
|---|---|---|---|
| 9/10/2020 | Prepared for and attended hearing on motion for sanctions. | 1.0 | $250.00 |
| 9/9/2020 | Reviewed motion for bifurcation; research on bifurcation; prepared for hearing on motion for sanctions. | 0.8 | $200.00 |
| 9/8/2020 | Drafted motion for sanctions including all necessary research into caselaw governing standard for discovery sanctions under Rule 37(b)(2). | 1.8 | $450.00 |
| | | **SUBTOTAL: $900** | |

| | **Costs relating to non-compliance with August 5 Order** (sanctions previously denied) | | |
|---|---|---|---|
| 8/26/2020 | Drafted response to Defendants' motion for extension of time to provide discovery responses; reviewed supplemental interrogatory responses. | 2.2 | $550.00 |
| 8/25/2020 | Call with Rosen re status of discovery. | 0.2 | $50.00 |
| 8/25/2020 | Drafted and filed motion to compel discovery responses. | 0.8 | $200.00 |
| | | **SUBTOTAL: $800** | |

| | **Discovery conference re initial discovery motions** (sanctions previously denied) | | |
|---|---|---|---|
| 8/4/2020 | Attended discovery conference; preparation for same. | 1.5 | $375.00 |
| 8/3/2020 | Preparation for discovery hearing. | 0.6 | $150.00 |
| | | **SUBTOTAL: $525** | |

| | **Response to motion for Protective Order** (sanctions previously denied) | | |
|---|---|---|---|
| 8/2/2020 | Finished response to motion for protective order, including necessary research as to court's authority to require pre-authorization for discovery, the governing legal standard, the availability of sanctions, etc. | 6.8 | $1,700.00 |
| 8/1/2020 | Drafting of response to motion for protective order, including legal research re governing standard. | 4.2 | $1,050.00 |
| | | **SUBTOTAL: $2,750** | |

| | **Initial deficiency letter and efforts to resolve ($325)** (sanctions previously denied) | | |
|---|---|---|---|
| 7/31/2020 | Call and email with opposing counsel re settlement and discovery issues | 0.8 | $200.00 |
| 7/27/2020 | Drafted letter request for conference to Judge Gallagher; sent email to chambers re scheduling status conference. | 0.6 | $150.00 |
| 7/22/2020 | Call with opposing counsel re discovery issues. | 0.6 | $150.00 |
| 7/21/2020 | Drafted letter regarding deficiencies in Defendants' response to requests for production. | 0.7 | $175.00 |
| | | **SUBTOTAL: $675** | |

– 4 –

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2020.

Respectfully submitted,

*/s/ Daniel J. Auerbach*
Daniel J. Auerbach (PA I.D. No. 316856)
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486
dan@gamburglaw.com

Dated: November 6, 2020