## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Edward Stewart

   vs.

David Feldman, *et al.*

Civil Action
No. 20-776

### PLAINTIFF'S MOTION TO COMPEL

Defendants have not responded to Plaintiff's Second Set of Requests for Production. Responses are now 21 days overdue.

1. On October 22, 2020, Plaintiff propounded a Second Set of Requests for Documents.

2. Responses were due on the next business day 30 days later, on November 23, 2020.

3. 21 days after the deadline, Defendants still have not provided responses.

4. Under FED. R. CIV. P. 37(a)(1), this Court may compel production.

WHEREFORE, Plaintiff Edward Stewart asks this Court to respond to Plaintiff's Second Set of Requests for Production and produce all responsive documents.

Respectfully submitted,

    */s/ Daniel J. Auerbach*
Daniel J. Auerbach (PA I.D. No. 316856)
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486
dan@gamburglaw.com

Dated: December 14, 2020