IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD STEWART,<br>      Plaintiff,<br><br>      v.<br><br>DAVID FELDMAN, *et al.*,<br>      Defendants. | :<br>:<br>:<br>:   Civil No. 2:20-cv-00776-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 21st day of December, 2020, upon consideration of Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 75) and any responses thereto, for good cause shown, and pursuant to the Court's discretion to amend pretrial scheduling orders under Federal Rule of Civil Procedure 16(b)(4), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. The Amended Scheduling Order dated September 29, 2020 (ECF No. 56) is amended as follows:

1. All fact and expert discovery shall be completed no later than **January 28, 2021**.

2. A status conference with counsel is scheduled for **January 14, 2021,** at **1:30 p.m**. Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than January 7, 2021.

3. Affirmative expert reports, if any, are due by **February 11, 2021**.

4. Rebuttal expert reports, if any, are due by **February 25, 2021**.

5. Expert depositions, if any, shall be concluded no later than **January 28, 2021**.

6. Motions for summary judgment, if any, shall be filed by **February 25, 2021**. Responses shall be filed no later than **March 11, 2021**.

7. No later than **March 25, 2021**, counsel for each party shall serve upon counsel for every other party a copy of each exhibit the party expects to offer at trial.

8. No later than **April 8, 2021**, each party shall file with the Clerk of Court a pretrial memorandum.

9. All motions in limine shall be filed no later than **April 15, 2021**. Responses, if any, shall be filed no later than **April 22, 2021**.

10. No later than **April 15, 2021**, any objections to designations of deposition testimony shall set forth the page and line numbers of the challenged testimony and a clear statement for the basis of that objection.

11. No later than **April 15, 2021**, the parties shall file with the Clerk of Court joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury.

12. All remaining dates remain unchanged.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge