IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| EDWARD STEWART, : | |
|       Plaintiff, : | |
| : | |
| v. : | Civil No. 2:20-cv-00776-JMG |
| : | |
| DAVID FELDMAN, *et al.*, : | |
|       Defendants. : | |

_____

**ORDER**

**AND NOW**, this 14th day of January, 2021, following a pretrial status conference with counsel for the parties, **IT IS HEREBY ORDERED** as follows:

At the request of the parties, this case is referred to Magistrate Judge Timothy Rice for purposes of conducting a settlement conference as Judge Rice deems appropriate. The parties shall jointly contact Judge Rice's chambers no later than **January 21, 2021** to schedule the settlement conference at a date that is convenient to Judge Rice.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge